United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROLANDO ANDRES GARCIA-MUNIZ, | § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL NO. 2:17-CV-131 |
| R HANSON, | § § | |
| Respondent. | § | |

# FINAL JUDGMENT

On November 28, 2017, this Court dismissed Petitioner's petition for a writ of habeas corpus (Dkt. No. 1). The Court therefore **ORDERS** the entry of Final Judgment and **DIRECTS** the Clerk of Court to close the case.

SIGNED this 28th day of November, 2017.

_____
Hilda Tagle
Senior United States District Judge